*RECEIVED ___ LODGED ___ COPY*
*OCT 24 2017*
*CLERK U S DISTRICT COURT*
*DISTRICT OF ARIZONA*
*BY_____DEPUTY*

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR-17-01412-PHX-DGC (JZB) |
|---|---|
| Plaintiff, | |
| v. | **INDICTMENT** |
| Bernardo Artguro Bejarhno-Portillo, a.k.a.: Bernardo Bejarano-Portillo, a.k.a.: Bernardo Arturo Bejarano-Portillo, | VIO: 8 U.S.C. § 1326(a) and (b)(1) (Reentry of Removed Alien) Count 1 |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about June 21, 2016, at or near Phoenix, in the District of Arizona, BERNARDO ARTGURO BEJARHNO-PORTILLO, an alien, was found in the United States of America after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about December 25, 2015, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission.

In violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: October 24, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/S/
KATHY J. LEMKE
Assistant U.S. Attorney